IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALEDEEANNKA DEBORAH ANN WILLIAMS GOYENS-BELL EBERWEIN,<br>Plaintiff,<br>v.<br>CRAIG S DENNEY, et al.,<br>Defendants. | Case No. 24-cv-02881-MMC<br><br>**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT**<br>Re: Dkt. No. 32 |

Before the Court is plaintiff's Motion, filed October 3, 2025, "for Relief from Judgment." The Court construes said filing as a motion made pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, seeking relief from the Court's Order of May 14, 2025, and Clerk's Judgment entered thereon, whereby the above-titled action was dismissed without prejudice in light of plaintiff's failure to pay the filing fee. (See Docs. 29-30.)

Plaintiff has neither cured the above-referenced defect, nor proffered any argument. Rather, plaintiff has submitted screenshots of internet searches and a variety of court documents, the vast majority being from other cases.

Accordingly, plaintiff having failed to set forth any cognizable basis for reconsideration or other relief, see Fed. R. Civ. P. 60(b) (providing grounds on which motion for reconsideration can be based), plaintiff's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: October 28, 2025

MAXINE M. CHESNEY
United States District Judge