IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHALEDEEANNKA DEBORAH ANN WILLIAMS GOYENS-BELL EBERWEIN, | Case No. 24-cv-02881-MMC |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT** |
| CRAIG S DENNEY, et al., | |
| Defendants. | |

Before the Court is plaintiff's "Motion to Reopen Case," filed December 24, 2025, and "Request for Judicial Notice," in support thereof, filed January 5, 2026. The Court construes said motion, like plaintiff's motion filed October 3, 2025, as a motion made pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, again seeking relief from the Court's Order of May 14, 2025, and Clerk's Judgment entered thereon, whereby the above-titled action was dismissed without prejudice in light of plaintiff's failure to pay the filing fee. (See Doc. Nos. 29-30.)

Although plaintiff asserts she has paid the required filing fee, the evidence she submits reflects payments made in other cases but not a payment made in the instant action. Moreover, if the required payment had been made in the instant action, it would be reflected on the case docket, and a receipt would have been issued.

Accordingly, plaintiff having failed to set forth a cognizable basis for reconsideration or other relief, see Fed. R. Civ. P. 60(b) (providing grounds on which motion for reconsideration can be based), plaintiff's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 26, 2026

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California